# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Bay County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45455 |
| Bradford County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45564 |
| City of Apopka | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45883 |
| City of Bradenton | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-46331 |
| City of Clearwater | FL | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:19-op-45009 |
| City of Coral Gables | FL | /s/ Kozyak Tropin & Throckmorton, LLP | Kozyak Tropin & Throckmorton, LLP | NDOH | 1:18-op-45852 |
| City of Coral Springs | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-46123 |
| City of Daytona Beach | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45598 |
| City of Daytona Beach Shores | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45587 |
| City of Deerfield Beach | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45021 |
| City of Delray Beach | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:18-op-45051 |
| City of Deltona | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45586 |
| City of Florida City | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45594 |
| City of Fort Lauderdale | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:18-op-46329 |
| City of Fort Pierce | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45595 |
| City of Homestead | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45980 |
| City of Lauderhill | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45120 |
| City of Lynn Haven | FL | /s/ Riley & Jackson, P.C. | Riley & Jackson, P.C. | NDOH | 1:19-op-46006 |
| City of Miami | FL | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:18-op-45664 |
| City of Miami Gardens | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45873 |
| City of New Port Richey | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:19-op-46073 |
| City of Niceville | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:21-op-45081 |
| City of North Miami | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45872 |
| City of Ocala | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45834 |
| City of Ocoee | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45966 |
| City of Orlando | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:20-op-45223 |
| City of Ormond Beach | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:19-op-46121 |
| City of Oviedo | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45584 |
| City of Palatka | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45984 |
| City of Panama City | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45373 |
| City of Pensacola | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45331 |
| City of Pinellas Park | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45807 |

| Plaintiff | State | Signature | Firm | Court | Case No. |
|---|---|---|---|---|---|
| City of Pompano Beach | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:19-op-45087 |
| City of Port St. Lucie | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45596 |
| City of Sanford | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45599 |
| City of St. Augustine | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45592 |
| City of St. Petersburg | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45701 |
| City of Sweetwater | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45914 |
| City of Tallahassee | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-46243 |
| Clay County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45591 |
| County of Alachua | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45685 |
| County of Osceola | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45669 |
| County of Volusia | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45782 |
| Dixie County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45604 |
| Escambia County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45729 |
| Gilchrist County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45605 |
| Hamilton County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45589 |
| Lake County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45588 |
| Lee County | FL | /s/ Ferrer Poirot & Wansbrough | Ferrer Poirot & Wansbrough | NDOH | 1:19-op-45671 |
| Leon County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-46242 |
| Levy County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46119 |
| Manatee County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45044 |
| Marion County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45272 |
| Miami-Dade County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45552 |
| Okaloosa County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45894 |
| Orange County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45797 |
| Palm Beach County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46121 |
| Pinellas County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45742 |
| Putnam County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-46122 |
| Santa Rosa County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45861 |
| Sarasota County | FL | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:19-op-45339 |
| Seminole County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45565 |
| St. Johns County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45563 |
| St. Lucie County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45656 |
| Suwannee County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45590 |

| Taylor County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45597 |
| Town of Eatonville | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-46014 |
| Union County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45603 |
| Walton County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45423 |